UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDG MANAGEMENT CORP. and 144 BROADWAY ASSOCIATES LLC,<br><br>                              Plaintiffs,<br><br>-against-<br><br>TRAVELERS EXCESS & SURPLUS LINES COMPANY,<br><br>                              Defendant. | Case No. 1:22-cv-04402 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 22, 2022 Reassignment Order. ECF No. 18. Consistent with the Case Management Plan and Scheduling Order entered on August 8, 2022 (ECF No. 16), IT IS HEREBY ORDERED that the parties shall appear for a post-discovery conference on February 3, 2023, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. Should the parties wish to file for summary judgment after discovery, they may request that this conference be treated as a pre-motion conference, as described in the Court's Individual Rule 3.I.

Dated: October 4, 2022
       New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  JENNIFER L. ROCHON
                                                  United States District Judge