

**LAZARE POTTER GIACOVAS & MOYLE LLP**

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3291
yglazer@lpgmlaw.com

April 4, 2023

(*via ECF*)

Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *S.D.G. Management Corp. and 144 Broadway Associates LLC v. Travelers Excess and Surplus Lines Company*
22 CV 4402 (RA) (KHP)
LPG&M File No.:  340-1447

Dear Judge Abrams:

    This firm represents defendant Travelers Excess and Surplus Lines Company ("Travelers").  Please accept this letter motion as Travelers' request for an adjournment of the conference scheduled for May 30, 2023 at 10 am, as changing plans require me to be out of the country at that time.  Plaintiffs' counsel has consented to this adjournment.  Travelers has made no prior requests for an adjournment of this conference.  The parties are both available on June 1 and 2, 2023, if either date works for the Court.

    Thank you for your consideration of this request.

Very truly yours,

*s/Yale Glazer*

Yale Glazer

cc:   Johnathan Lerner, Esq.
(via ECF)

---

Defendant's request is GRANTED.  The post-discovery conference is adjourned to **June 1, 2023** at 4:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.  The parties shall review the Court's Individual Rules with respect to the post-discovery conference, available at https://www.nysd.uscourts.gov/hon-jennifer-l-rochon.

SO ORDERED.

Dated:  April 5, 2023
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**